# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

IVORY JONES  
ADC #102329                                                                                              PLAINTIFF

V.                                   5:07CV00227 WRW/HDY

LARRY NORRIS *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of October, 2007.

                                                         /s/Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE